HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KYONG C. HAWLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-po-00090-JLT |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; [PROPOSED] ORDER** |
| vs. | |
| KYONG C. HAWLEY, | Date: March 6, 2018 |
| Defendant. | Time: 09:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Kyong C. Hawley, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear at the March 6, 2018 status conference. Ms. Hawley agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

                                                   Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

Date: February 28, 2018                     */s/ Andrew Wong*
                                                   ANDREW WONG
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   KYONG C. HAWLEY

**O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the March 6, 2018 status conference is waived.

IT IS SO ORDERED.

Dated: **February 28, 2018**       /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE