# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYONG HAWLEY, <br><br> Defendant. | Case No.: 5:17-po-00090 JLT <br><br> ORDER ON PLEA AGREEMENT <br> (Doc. 17) |

1. The Court accepts the plea agreement with the modification set forth below and finds a sufficient factual basis for the guilty plea;

2. The Court finds the defendant is guilty of violating California Penal Code § 647(a) as assimilated by 18 U.S.C. § 13 as alleged in the superseding information;

3. The Court sentences the defendant as follows:

   a. The defendant **SHALL** pay a $250 fine (which includes the special assessment) by September 4, 2018;

IT IS SO ORDERED.

Dated: __March 16, 2018__          __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE